**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-8124

STUART A. ROMM,

                    Petitioner – Appellant,

          v.

ERIC WILSON, Warden - FCC Petersburg,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Virginia, at Alexandria.   Gerald Bruce Lee, District Judge.
(1:12-cv-00088-GBL-TCB)

Submitted:  July 25, 2013              Decided:  July 29, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stuart A. Romm, Appellant Pro Se. Stephen Joseph Obermeier,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stuart A. Romm, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Romm v. Wilson</u>, No. 1:12-cv-00088-GBL-TCB (E.D. Va. filed Nov. 30, entered Dec. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2